AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

FILED

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

MAR - 4 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.    4:16-mj-70232-MAG |
| Jose Rivera | ) |
| | ) Charging District:   District of South Dakota |
| Defendant | ) Charging District's Case No.  CR16-50007 JVL |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | US District Court | Courtroom No.:  Magistrate Judge Wollmann |
|---|---|---|
| | District of South Dakota | |
| | Western Division | Date and Time:  3/14/16 @ 1:20 pm |
| | 515 Ninth St. | |
| | Rapid City, SD 57701 | |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:      Mar 4, 2016

_____
Judge's signature

Donna M. Ryu, US Magistrate Judge
Printed name and title